IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:95CR46 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD CONWAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 534). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff's motion shall remain sealed pending further order of the Court.

DATED this 27th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court